FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-20-00068-CR

James Deangelo **JOHNSON**,
Appellant
v.
The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12139A
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

After we granted court reporter Brenna DeMoss's first motion for extension of time to file the reporter's records, we set the records due on August 26, 2020. *See* TEX. R. APP. R. 35.3(c). On the extended due date, the court reporter filed a second request for an extension of time to file the records until September 30, 2020.

The reporter's request is GRANTED. The reporter's records are due on September 30, 2020.

If the court reporter is unable to file the completed record by September 30, 2020, any further request for additional time to file the record **must** be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the records. The report must describe any problems the court reporter reasonably believes may delay the completion of the records beyond the requested date.

The preferred form for the status report, with an accompanying example, is attached.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2020.



_____

MICHAEL A. CRUZ, Clerk of Court